# Third District Court of Appeal
## State of Florida

Opinion filed November 10, 2022.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D22-1078
Lower Tribunal No. F95-36588

————————————

**Keith Soanes,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Thomas J. Rebull, Judge.

Keith Soanes, in proper person.

Ashley Moody, Attorney General, for appellee.

Before FERNANDEZ, C.J., and EMAS, and MILLER, JJ.

PER CURIAM.

Affirmed.